IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TOM BUFFINGTON, )<br>)<br>Defendant. ) | 8:05CV543<br><br>ORDER |

This matter is before the court on the NOTICE OF WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL [9] filed by Attorney Kenneth P. Kula. The court construes the notice as a motion for leave to withdraw. *See* NEGenR 1.3(f). Attorney Bryan S. Hatch has entered an appearance as substitute counsel.[1]

**IT THEREFORE IS ORDERED** that the NOTICE [9], construed as a motion for leave to withdraw, is granted. The Clerk shall terminate the appearance of Kenneth P. Kula as plaintiffs' counsel.

**DATED February 16, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

[1] Beneath Mr. Hatch's signature, the Notice includes the name and address of Joan K. Archer, 1201 Walnut Street, Kansas City, MO 54106. Until Ms. Archer has entered a written appearance, complied with all the requirements for admission to practice in this district, and registered for the CM/ECF System in this district, the court will not consider her to be counsel of record in this proceeding.